IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY | : : : : | CIVIL ACTION |
| v. | : : : | No. 11-6116 |
| SHEINMAN PROVISION CO. | : | |

**ORDER**

AND NOW, this 27th day of July, 2012, plaintiffs' "Motion for Interest, Attorney's Fees and Costs" (docket no. 17) is granted and judgment is entered in favor of plaintiffs as follows:

1. For interest on the unpaid withdrawal liability, plaintiffs are awarded $8,312.29;

2. For reasonable costs and attorney's fees, plaintiffs are awarded $7,766.00.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.