IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY | : CIVIL ACTION : : NO. 11-6116 |
| Plaintiffs, | : |
| v. | : |
| SHEINMAN PROVISION CO., | : |
| Defendant. | : |

PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

Issue a Writ of Execution in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against PNC Bank, 19 South 52 Street, Philadelphia, PA 19139, Garnishee, and index this writ against Sheinman Provision Co. and against PNC Bank as Garnishee, as a lis pendens against real property of the judgment debtor in the name of the Garnishee, as follows:

Amount Due:       $322,993.78

9/17/12
_____                    _____
Date                                        Matthew D. Areman, Esq.
                                            Markowitz & Richman
                                            1100 North American Building
                                            121 South Broad Street
                                            Philadelphia, PA  19107
                                            215-875-3128

                                            Attorney for Plaintiffs