IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY | : : : CIVIL ACTION : : NO. 11-6116 |
| Plaintiffs/Creditors, | : **FILED** |
| v. | : SEP 1 8 2012 |
| SHEINMAN PROVISION CO., | : MICHAEL E. KUNZ, Clerk : By_____ Dep. Clerk |
| Defendant/Debtor, | : |
| And | : |
| PNC BANK, | : |
| Garnishee. | : |

## INTERROGATORIES TO GARNISHEE

TO:    PNC Bank
       19 South 52nd Street
       Philadelphia, PA 19139

You are required to file answers to the following interrogatories within twenty days after service upon you. Failure to do so may result in judgment against you. A copy of your answers must be served on the undersigned. <u>If your answer to any interrogatory is in the affirmative, specify the amount, value, and nature of the property</u>.

   1. At the time you were served or at any subsequent time, did you owe the defendants any money or were you liable to it on any negotiable or other written instrument, or did it claim that you owed it any money or were liable to it for any reason?

   2. At the time you were served or at any subsequent time, was there in your possession, custody, or control or in the joint possession, custody, or control of yourself or one or more other persons any property of any nature owned solely or in part by the defendants?

3. At the time you were served or at any subsequent time, did you hold legal title to any property of any nature owned solely or in part by the defendants or in which the defendant held or claimed any interest?

4. At the time you were served or at any subsequent time, did you hold as a fiduciary any property in which the defendants had an interest?

5. At any time before or after you were served, did the defendants transfer or deliver any property to you or to any person or place pursuant to your direction or consent and, if so, what was the consideration therefor?

6. At the time you were served or at any subsequent time, did you pay, transfer, or deliver any property to the defendants or to any person or place pursuant to the direction of the defendants or otherwise discharge any claim of the defendant against you?

7. At the time you were served or at any subsequent time, did you have or share any safe-deposit boxes, pledges, documents of title, securities, notes, coupons, receivables or collateral in which there was an interest claimed by the defendants?

8. Identify every account (not previously noted) that is titled in the name of the defendants or in which you believe the defendants has an interest in whole or in part, whether or not styled as a payroll account, individual retirement account, tax account, partnership account, joint account, insurance account, trust or escrow account, or otherwise.

9/17/12
DATE

Matthew D. Areman, Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA  19107
215-875-3100

Attorney for Plaintiffs